THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C22-1198-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PEPSICO SALES, INC., a Delaware corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. No. 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Such is the case here. Accordingly, the stipulation is self-executing. This action is DISMISSED with prejudice, with each party to bear its own attorney fees and other litigation expenses. The Clerk is directed to CLOSE this case.

//

//

//

MINUTE ORDER
C22-1198-JCC
PAGE - 1

DATED this 24th day of July 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk

MINUTE ORDER
C22-1198-JCC
PAGE - 2